# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148353

RICO MENEFEE,

　　　　　Plaintiff-Appellant,

v                                                          SC:  148353
                                                           CoA:  315557
DEPARTMENT OF CORRECTIONS, et al,

　　　　　Defendants-Appellees.
_____

　　　　　On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 10, 2014, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2014



Clerk